**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**(Sacramento Division)**

JOHN COLLINS,

Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC; SAFE CREDIT UNION, JPMORGAN CHASE BANK, N.A.,

Defendants.

Case No.: 2:26-cv-02742-JAM-CSK

**ORDER ON JOINT MOTION FOR FIRST EXTENSION OF TIME TO RESPOND TO COMPLAINT (ECF No. 8)**

The stipulated motion for a second extension of time for Defendant Equifax Information Services, LLC to respond to the complaint is **GRANTED**. **Equifax Information Services, LLC** shall respond to the complaint on or before **October 02, 2026**.

**IT IS SO ORDERED**.

Dated: September 14, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500