**BOUTIN JONES INC.**
Robert D. Swanson (SBN 162816)
Michael E. Chase (SBN 214506)
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
Tel.: (916) 321-4444
Fax: (916) 441-7597
Email: rswanson@boutinjones.com
mchase@boutinjones.com

Attorneys for Defendant
SAFE Credit Union

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

JOHN COLLINS,

Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC; SAFE CREDIT UNION; JP MORGAN CHASE BANK, N.A.,

Defendants.

Case No. 2:26-cv-02742-JAM-CSK

**SECOND STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

## STIPULATION

Plaintiff John Collins and Defendant SAFE Credit Union ("SAFE") (collectively, the "Parties") by and through their respective counsel of record, hereby stipulate and agree as follows:

1. WHEREAS, Plaintiff filed the underlying Complaint on August 11, 2026.

2. WHEREAS, Defendant's initial deadline to file a responsive pleading was September 3, 2026.

3. WHEREAS, pursuant to Eastern District Local Rule 144(a), the parties previously stipulated to a first extension of time of 28 days, extending Defendant's time to respond to Complaint to October 1, 2026.

4. WHEREAS, good cause exists for this second extension of time because the parties are engaged in discussions to resolve their dispute.

5. WHEREAS, the parties hereby stipulate and agree that Defendant's time to answer, move, or otherwise respond to the Complaint is extended by an additional 14 days, up to and including October 15, 2026.

6. This extension will not alter the date of any other event or deadline already fixed by Court Order.

IT IS SO STIPULATED.

Dated: September 29, 2026

GALE, ANGELO, JOHNSON, P.C.

By: /s/ Joe Angelo
Joe Angelo (*Electronic signature affixed with the attorney's authorization.)*

Attorneys for Plaintiff
John Collins

Dated: September 29, 2026

BOUTIN JONES INC.

By:
Robert D. Swanson
Michael E. Chase

Attorneys for Defendant
SAFE Credit Union

**ORDER**

Good cause appearing, the parties' second stipulation to extend time is GRANTED. Defendant SAFE Credit Union shall file a response to the Complaint on or before **October 15, 2026.**

**IT IS SO ORDERED.**

Dated: September 30, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE