**BOUTIN JONES INC.**
Robert D. Swanson (SBN 162816)
Michael E. Chase (SBN 214506)
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
Tel.: (916) 321-4444
Fax: (916) 441-7597
Email: rswanson@boutinjones.com
mchase@boutinjones.com

Attorneys for Defendant
SAFE Credit Union

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN COLLINS,<br>Plaintiff,<br>vs.<br>EQUIFAX INFORMATION SERVICES, LLC; SAFE CREDIT UNION; JP MORGAN CHASE BANK, N.A.,<br>Defendants. | Case No. 2:26-cv-02742-JAM-CSK<br><br>**<u>THIRD</u> STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT SAFE CREDIT UNION TO RESPOND TO COMPLAINT** |

**<u>STIPULATION</u>**

Plaintiff John Collins and Defendant SAFE Credit Union ("SAFE") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and request that the Court extend Defendant's deadline to answer or otherwise respond to the Complaint by 21 days, from October 15, 2026, up to and including November 5, 2026.

In support of this Stipulation, and pursuant to Eastern District of California Local Rule 144 (a), the Parties state as follows:

1. The current deadline for SAFE to file an answer or otherwise respond to Plaintiff's Complaint is October 15, 2026.

2. The Parties have reached a settlement in principle resolving Plaintiff's claims against SAFE.

3. The Parties are actively drafting and finalizing a formal, written settlement agreement and require additional time to execute the agreement and perform its final terms.

4. Upon full execution of the written settlement agreement and completion of its terms, the Parties intend to file a Joint Stipulation for Dismissal with prejudice to fully resolve Plaintiff's claims against SAFE.

5. This is the third extension requested by the Parties regarding this specific deadline.

6. This brief extension is sought in good faith and not for the purpose of delay, but rather to conserve judicial resources and allow the Parties to conclude their settlement without incurring unnecessary litigation expenses.

IT IS SO STIPULATED.

Dated: October 13, 2026

GALE, ANGELO, JOHNSON, P.C.

By: /s/ Joe Angelo
Joe Angelo *(Electronic signature affixed with the attorney's authorization.)*

Attorneys for Plaintiff
John Collins

Dated: October 13, 2026

BOUTIN JONES INC.

By: Michael E Chase
Robert D. Swanson
Michael E. Chase

Attorneys for Defendant
SAFE Credit Union

**ORDER**

The Parties' Third Stipulation to Extend Time to Answer Complaint is **GRANTED**. Defendant **Safe Credit Union**'s deadline to file an answer or otherwise respond to Plaintiff's Complaint is **EXTENDED** by 21 days from October 15, 2026, up to and including **November 05, 2026.**

If a Stipulation for Dismissal is not filed by November 05, 2026, the Parties shall file a joint status report on or before that date advising the Court of the status of the written settlement agreement and its execution.

**IT IS SO ORDERED.**

Dated: October 14, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE