Joe Angelo (Bar # 268542)
joe@galeangelojohnson.com
Gale, Angelo, Johnson P.C.
2999 Douglas Blvd., Ste. 111
Roseville, California 95661
Tel.: 916-290-7778
Fax: 916-282-0771

Attorney for Plaintiff
John Collins

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION**

JOHN COLLINS

Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC, ET. AL.

Defendants.

Case No.: 2:26-cv-02742-JAM-CSK

**STIPULATION AND ORDER DISMISSING WITH PREJUDICE DEFENDANT SAFE CREDIT UNION ONLY (ECF No. 25)**

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between Plaintiff John Collins and Defendant Safe Credit Union ("SAFE") that SAFE be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

DATED: November 2, 2026

**Gale, Angelo, Johnson, P.C.**

By: *<u>/s/ Joe Angelo</u>*
Joe Angelo
Attorney for Plaintiff
John Collins

**Boutin Jones**

*<u>/s/ Michael E. Chase (authorized on 11.2.26)</u>*
Michael E. Chase
Attorney for Defendant
Safe Credit Union

Joe Angelo (Bar # 268542)
joe@galeangelojohnson.com
Gale, Angelo, Johnson P.C.
2999 Douglas Blvd., Ste. 111
Roseville, California 95661
Tel.: 916-290-7778
Fax: 916-282-0771

Attorney for Plaintiff
John Collins

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION**

| | |
|---|---|
| John Collins<br><br>Plaintiff,<br><br>vs.<br><br>Equifax Information Services, LLC et. al.<br>Defendants. | Case No.: 2:26-cv-02742-JAM-CSK<br><br>**ORDER DISMISSING WITH PREJUDICE DEFENDANT SAFE CREDIT UNION <u>ONLY</u>** |

Pursuant to the stipulation of the parties, Defendant **Safe Credit Union** is **DISMISSED WITH PREJUDICE,** and each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated: November 05, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE